IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
PENNSYLVANIA

| | |
|---|---|
| Prinzo & Associates, LLC,<br>    Plaintiff(s)<br><br>KeyCorp., KeyBank, and Does 1 through 100 inclusive,<br><br>    Defendant(s) | Case No.: 2:20-cv-1062-RJC |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) <u>Prinzo & Associates, LLC</u> and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) <u>KeyCorp., KeyBank, and Does 1 through 100 inclusive.</u>

Date:  September 30, 2020

                                                            s/Derek Y. Brandt
                                                    *Signature of plaintiffs or plaintiff's counsel*

                                         *231 N. Main Street, Suite 20*
                                                    *Address*

                                         *Edwardsville, IL 62025*
                                                 *City, State & Zip Code*

                                         *(618) 307-6116*
                                                   *Telephone Number*

AND NOW, this 1st day of October, 2020, IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE